**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6107

HENRY EARL MILLER,

                    Petitioner - Appellant,

          v.

UNITED STATES OF AMERICA; WARDEN, FEDERAL CORRECTIONAL
INSTITUTION EDGEFIELD,

                    Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(6:09-cv-01150-HFF)

Submitted:  March 16, 2010          Decided:  March 17, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry Earl Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Earl Miller, a federal prisoner, appeals the district court's order denying various motions that Miller filed following the denial of relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Miller v. United States</u>, No. 6:09-cv-01150-HFF (D.S.C. filed Dec. 29, 2009; entered Dec. 30, 2009). We deny as unnecessary Miller's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>